UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                )
                                      )
MARY L. FRANKE,                       )    CASE NO. 98-92647-BHL-13
                                      )
      Debtor                          )

## ORDER

This matter comes before the Court on the **Application for Payment from Unclaimed Funds** [Docket No. 46] filed by Brian J. Dilks, managing member of Dilks & Knopik, LLC on behalf of Oak Point Partners as successor in interest to Commercial Financial Services, on November 4, 2013. The Application, requesting the sum of $5,488.10, exceeds the actual amount of unclaimed funds received by the Clerk's office. To the extent that funds in the amount of $486.42 are available and unclaimed, the Application is granted in that amount. Based upon the foregoing, the Court **GRANTS IN PART and DENIES IN PART** the Application for Payment. The Clerk of the Bankruptcy Court, Southern District of Indiana, is hereby authorized and directed to release funds in the amount of $486.42 previously unclaimed by Commercial Financial Services to Oak Point Partners, successor in interest to Commercial Financial Services c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065.

DATED: NOV 19 2013

B.H. Lorch, III
Judge, U.S. Bankruptcy Court